**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-20510-JB**

**NORMA O. GAZONNI**,

Plaintiff,

v.

**LEVI STRAUSS & CO INC.,**
**a Foreign Profit Corporation**

Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, **NORMA O. GAZONNI**, and Defendant, by and through their undersigned counsel,

hereby stipulate pursuant to **Federal Rule of Civil Procedure 41(a)(1)(A)(ii)** that the above-

captioned action shall be, and hereby is, **dismissed with prejudice**, with each party to bear its

own attorneys' fees and costs.

The Parties stipulate that this dismissal disposes of all claims and causes of action asserted in this

case against Defendant.

Respectfully submitted,

Dated this 30th day of May, 2026.

/s/Lorena Brasil
Attorney for Plaintiff
Brasil & Brasil, P.A.
Lorena Brasil, Esq.
FBN: 1049012
500 E. Broward Blvd. Suite 900
Fort Lauderdale, Florida 33394
Tel: 954-848-2929
contact@bblawfirmfl.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 30th day of May, 2026, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system and it will be

furnished to the Defendant's attorney.

/s/Lorena Brasil
Brasil & Brasil, P.A